**Order filed January 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00908-CV
_____

## IN THE INTEREST OF A.M.H. AND R.Q.D., CHILDREN, Appellant

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-61005**

## O R D E R

The notice of appeal in this case was filed November 16, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that appellant, **Kathy Anh Kim Tran**, is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 22, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM